UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

MICHAEL MCKINNEY                                                                                      PETITIONER

v.                                                                      CIVIL ACTION NO. 4:12CV-P14-M

UNNAMED                                                                                              RESPONDENT

## MEMORANDUM OPINION

Petitioner Michael McKinney filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (DN 1).  By Order entered May 30, 2012 (DN 3), the Court ordered Petitioner, within 30 days, (1) to fully complete and return the Court-approved form for filing a petition for writ of habeas corpus pursuant to § 2241; (2) to name the proper Respondent; and (3) to fully describe each step that he took to exhaust his remedies.  In its Order, the Court warned Petitioner that his failure to comply within 30 days could result in dismissal of the instant action.  Thirty days have passed, and a review of the record reveals that Petitioner has failed to respond to the Court's Order.  Consequently, by separate Order, the Court will dismiss the action for failure to prosecute and for failure to comply with an Order of the Court.

Date:   July 16, 2012

*[signature]*
Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc:     Petitioner, *pro se*
4414.003